IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 15-180 |
| TERRANCE MUNDEN | : | |

### DEFENDANT TERRANCE MUNDEN'S MOTION TO JOIN PREVIOUSLY FILED MOTIONS OF CODEFENDANTS

And now comes the Defendant, Terrance MUNDEN, by and through his undersigned counsel, and hereby moves to join in several of the motions previously filed by Mr. Munden's co-defendants. In support thereof, Mr. Munden asserts the following:

1) The issues contained in the motions Mr. Munden seeks to join are substantially the same for Mr. Munden as they are for the defendant who has filed the motion.

2) Counsel for Mr. Munden has reviewed the motions filed, and concurs with the legal argument contained therein.

3) It would be duplicative and an inefficient use of both counsel and the Court's resources to repeat the arguments and analysis of counsel for the codefendant.

4) Specifically, Mr. Munden seeks to join the following:

1. Motion for Directed Verdict / Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. Pro. 29 (Document 771). Mr. Munden notes that while he is not charged in Count Sixteen of the Indictment, Mr. Munden adopts those argument with respects to Count Eleven and Count Fourteen, as the issues are substantially the same.

2. Motion for Declaration of Mistrial (Document 772).

5) This Honorable Court has previously allowed defendants to join the motions of codefendants to promote judicial efficiency.

6)  It is in the interest of justice to grant this motion.

    WHEREFORE, Mr. Munden respectfully requests this Honorable Court GRANT this Motion and allow Mr. Munden to Join his codefendant's motions.

    Respectfully submitted,

/s/Richard J. Fuschino, Jr.
Richard J. Fuschino, Jr.
Attorney for Defendant

Date:   April 5, 2017

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 15-180** |
| **TERRANCE MUNDEN** | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2017, upon consideration of Defendant's Motion to Join Motions Previously Filed By Codefendants, it is hereby **ORDERED** that Defendant's motion is **GRANTED**.

                                                               **BY THE COURT:**

                                                               _____
                                                               **HONORABLE MITCHELL S. GOLDBERG**
                                                              **U.S. DISTRICT JUDGE**

# CERTIFICATE OF SERVICE

I certify that, on the date provided below, I caused a true and correct copy of Terrance Munden's Motion for Joinder to be filed electronically via the ECF system. The following can view and download the same electronically via the ECF system.

>Salvatore L. Astolfi, Esquire
>Jeanine M. Linehan, Esquire
>Assistant United States Attorneys
>United States Attorney's Office
>615 Chestnut Street
>Suite 1250
>Philadelphia, PA 19106

Signed:

/s/Richard J. Fuschino, Jr.
Richard J. Fuschino, Jr.
Attorney for Defendant

Date: April 5, 2017