IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| vs. | : | |
| **LEVERN JACKSON**<br>**U.S.M. # 72077-066** | | **No. 15-180-8** |

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 19th day of April, 2017, came the attorney for the Government and the defendant being present with counsel, and

[ ]  The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]  A jury has been waived, and the Court has found the defendant not guilty as to:

[X]  The jury has returned its verdict, finding the defendant not guilty as to: Counts 23, 24, 25 & 26 of the Superseding Indictment.

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

**S/MITCHELL S. GOLDBERG**

**MITCHELL S. GOLDBERG**
**United States District Judge**

cc:  U.S. Marshal
     Probation Office
     Counsel

| April 18, 2017 | S.S. |
|---|---|
| Date | By Whom |